UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LATRISH PERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| MARTIN O'MALLEY, | ) | 7:24-CV-249-BO-RJ |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby remands this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**This judgment filed and entered on January 8, 2025, and served on:**
George Piemonte (via CM/ECF NEF)
Natasha McKay (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

January 8, 2025

/s/ Lindsay Stouch
By: Deputy Clerk